IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JOSE M. CORALES                                                    PLAINTIFF

         v.           Civil No. 05-3058

OFFICER MIKE JONES, Individually
and in his official capacity as
Deputy Sheriff of Baxter County,
Arkansas, et al.                                                  DEFENDANTS

**O R D E R**

Now on this 5th day of July, 2006, comes on to be considered defendants' **Motion to Dismiss (Doc. 2)**. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. Plaintiff filed this suit on October 26, 2005, alleging that on November 20, 2002, he was beaten severely by several other inmates in the Baxter County jail. Plaintiff names as defendants Baxter County Sheriff Joe Edmunds and Deputy Sheriff Mike Jones, in both their individual and official capacities.

2. Defendants move to dismiss plaintiff's official capacity claims, asserting that they are barred by the statute of limitations.

3. "[A]ll actions against sheriffs ... upon any liability incurred by them by doing any act in their official capacity ... shall be brought within two (2) years after the cause of action has accrued and not thereafter." Ark. Code Ann. § 16-56-109. This statute is applicable to deputy sheriffs as well as sheriffs.

See Brown v. U.S., 342 F. Supp 987 (E.D. Ark. 1972), aff'd in relevant part, rev'd in part, 486 F.2d 284 (8th Cir. 1973).

4. Plaintiff did not institute this action until nearly three years after the alleged events occurred. Accordingly, plaintiff's claims against defendants in their official capacities are time-barred.

Based on the foregoing, defendants' **Motion to Dismiss (Doc. 2)** is **GRANTED** and plaintiff's claims against defendants Jones and Edmunds in their official capacities are hereby **DISMISSED**. Plaintiff's claims against defendants Jones and Edmunds in their individual capacities and against Baxter County remain pending and a scheduling order will issue setting these claims for trial.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE